# EXHIBIT 1

केनरा बैंक
CANARA BANK

```
**** RECEIVED MESSAGE ****                    15-FEB-2008 19:55   page no : 0259
Status : MESSAGE DELIVERED
                          BEGINNING OF MESSAGE


 *FIN/Session/OSN              :F01    9842     292578
 *Own Address                  :CNRBINBBAHID   CANARA BANK
 *                                             MUMBAI
 *                                             (INTERNATIONAL DIVISION)
 *Output Message Type          :103            SINGLE CUSTOMER CREDT TRANSFER
 *Input Time                   :1356
 *MIR                          :080215PIRBGRAAAXXX4779570261
 *Sent by                      :PIRBGRAAAXXX   PIRAEUS BANK SA
 *                                             ATHENS
 *Output Date/Time             :080215/1726
 *Priority                     :Normal

 *{3:{119:STP}}

 *20 /SENDER'S REFERENCE
 *    F926T08036041
 *23B/BANK OPERATION CODE
 *    CRED
 *32A/VAL DTE/CURR/INTERBNK SETTLD AMT
 *    080215USD985000,
 *                                   15-FEB-2008
 *                                   US Dollar
 *33B/CURRENCY/INSTRUCTED AMOUNT
 *    USD985000,
 *                                   US Dollar
 *50K/ORDERING CUSTOMER-NAME & ADDRESS
 *    /GR1601721140005114035951641
 *    ROLSTON ENTERPRISES LIMITED
 *    VOULA
 *    VAS. PAVLOU
 *    100         TK 16673
 *53A/SENDER'S CORRESPONDENT - BIC
 *    IRVTUS3NXXX
 *                                   BANK OF NEW YORK
 *                                   NEW YORK,NY

 *54A/RECEIVER'S CORRESPONDENT - BIC
 *    BOFAUS3N
 *                                   BANK OF AMERICA, N.A.
 *                                   NEW YORK,NY

 *57A/ACCOUNT WITH INSTITUTION - BIC
 *    CNRBINBBMDS
 *                                   CANARA BANK
 *                                   CHENNAI (MADRAS)
 *                                   (CHENNAI OVERSEAS BRANCH)

 *59 /BENEFICIARY CUSTOMER-NAME & ADDR
 *    /6A471
 *    GOODEARTH MARITIME LTD
 *70 /REMITTANCE INFORMATION
 *    M/V GOOD TR-PAYMENT OF FREIGHT
 *71A/DETAILS OF CHARGES
```



```
RTH MARITIME LTD                    | CANARA BANK
RTH CRESCENT ROAD                   | OVERSEAS BRANCH CHENNAI
R, CHENNAI-17                       | GROUND FLOOR SPENCER'S TOWER II,
  ,TAMIL NADU -600017               | 770-A  ANNA SALAI CHENNAI 600002 INDIA
                                    | CHENNAI, TAMIL NADU -600002
                                                                    30-01-2008

                    FOREIGN BILLS TRANSACTION ADVICE

o.  FITT-165-2008              Operation : Realisation
ction Id : SC0561394           Transaction Date : 30-01-2008
                               VALUE DATE : 29-01-2008

er Details:              ROLSTON
cy Conversion Details are as below :

     From Currency  / Amount      Rate   To Currency  / Amount

s@ :    USD         502000.00    39.3550     INR      19677500.00


ction Details are as below :

 t      Account              Transaction        Cr/
        Number              Currency -- Amount  Dr

ation   Office Acct           INR    19677500.00 Dr
ive     EWGA000000471         INR    19677500.00 Cr    39.3550
sion    Office Acct           INR         125.00 Cr
arge    Office Acct           INR          15.00 Cr
ive     EWGA000000471         INR         140.00 Dr
```

**CANARA BANK**

To,
GOODEARTH MARITIME LTD
32-D NORTH CRESCENT ROAD
T NAGAR, CHENNAI-17
CHENNAI, TAMIL NADU -600017
INDIA

: CANARA BANK
: OVERSEAS BRANCH CHENNAI
: GROUND FLOOR SPENCER'S TOWER II,
: 770/A ANNA SALAI CHENNAI 600002 INDIA
: CHENNAI, TAMIL NADU -600002

06-02-2008

## FOREIGN BILLS TRANSACTION ADVICE

Bill No. : PITY-214-2020
Transaction Id : 010062572

Operation : Realisation
Transaction Date : 06-02-2008
VALUE DATE :

Remitter Details: ROLSTON ENTERPRISES LTD
Currency Conversion Details are as below :

| Transaction | From Currency / Amount | Rate | To Currency / Amount |
|---|---|---|---|
| Purchase : | USD 620000.00 | 39.5700 | INR 24533400.00 |

Transaction Details are as below :

| Account Type | Account Number | Transaction Currency | Transaction Amount | Dr/Cr |
|---|---|---|---|---|
| Realisation Office Acct | EWGA000000471 | INR | 24533400.00 | Dr |
| Operative Office Acct | EWGA000000471 | INR | 24533400.00 | Cr |
| Commission Office Acct | | INR | 125.00 | Cr |
| P&T Charge Office Acct | | INR | 15.00 | Cr |
| Operative | EWGA000000471 | INR | 140.00 | Dr |

39.5700

```
To:                                    : CANARA BANK
GOODEARTH MARITIME LTD                 : OVERSEAS BRANCH CHENNAI
32-D NORTH CRESCENT ROAD               : GROUND FLOOR SPENCER'S TOWER II,
T NAGAR, CHENNAI-17                    : 770-A ANNA SALAI CHENNAI 600002 INDIA
CHENNAI, TAMIL NADU -600017            : CHENNAI, TAMIL NADU -600002
INDIA                                                              19-02-2008
```

## FOREIGN BILLS TRANSACTION ADVICE

```
Bill No. PITT-272-2008                     Operation : Realisation
Transaction Id : SC0564394                 Transaction Date : 18-02-2008
                                           VALUE DATE :: 19-02-2008

Remitter Details:           ROLSTON ENTERPRISES LTD
Currency Conversion Details are as below :

From Currency / Amount    Rate    To Currency / Amount
Purchase :   USD  85000.00    39.6350   INR   3040475.00

Transaction Details are as below :

Account     Account           Transaction      Cr/
Type        Number            Currency --  Amount   Dr
Realisation Office Acct  EWGAD00000471  INR  3040475.00  Dr
Operative   EWGAD00000471              INR  3040475.00  Cr  39.6350
Commission  Office Acct              INR      125.00  Cr
P&T Charge  Office Acct              INR       15.00  Cr
Operative   EWGAD00000471            INR      140.00  Dr
```

# EXHIBIT 1

# CANARA BANK

केनरा बैंक

```
**** RECEIVED MESSAGE ****              15-FEB-2008 19:55   page no : 9259
Status : MESSAGE DELIVERED
                        BEGINNING OF MESSAGE


D  *FIN/Session/OSN         :F01    9842    292578
D  *Own Address             :CNRBINBBABID   CANARA BANK
D  *                                        MUMBAI
D  *                                        (INTERNATIONAL DIVISION)
D  *Output Message Type     :103            SINGLE CUSTOMER CREDIT TRANSFER
D  *Input Time              :1356
D  *MIR                     :080215PIRBGRAAAXXX4779570261
D  *Sent by                 :PIRBGRAAAXXX   PIRAEUS BANK SA
D  *                                        ATHENS
D  *Output Date/Time        :080215/1726
D  *Priority                :Normal
D  *
D  *{3:{119:STP}}
D  *
D  *20 /SENDER'S REFERENCE
D  *   F926T08036041
D  *23B/BANK OPERATION CODE
D  *   CRED
D  *32A/VAL DTE/CURR/INTERBNK SETTLD AMT
D  *   080215USD985000,
D  *                                   15-FEB-2008
D  *                                   US Dollar
D  *33B/CURRENCY/INSTRUCTED AMOUNT
D  *   USD985000,
D  *                                   US Dollar
D  *50K/ORDERING CUSTOMER-NAME & ADDRESS
D  *   /GR16017211400051140359S1641
D  *   ROLSTON ENTERPRISES LIMITED
D  *   VOULA
D  *   VAS. PAVLOU
D  *   100       TK 16673
D  *53A/SENDER'S CORRESPONDENT - BIC
D  *   IRVTUS3NXXX
D  *                         BANK OF NEW YORK
D  *                         NEW YORK,NY
D  *
D  *54A/RECEIVER'S CORRESPONDENT - BIC
D  *   BOFAUS3N
D  *                         BANK OF AMERICA, N.A.
D  *                         NEW YORK,NY
D  *
D  *57A/ACCOUNT WITH INSTITUTION - BIC
D  *   CNRBINBBMDB
D  *                         CANARA BANK
D  *                         CHENNAI (MADRAS)
D  *                         (CHENNAI OVERSEAS BRANCH)
D  *
D  *59 /BENEFICIARY CUSTOMER-NAME & ADDR
D  *   /GA471
D  *   GOODEARTH MARITIME LTD
D  *70 /REMITTANCE INFORMATION
D  *   M/V GOOD TR-PAYMENT OF FREIGHT
D  *71A/DETAILS OF CHARGES
```

```
RTH MARITIME LTD                    | CANARA BANK
RTH CRESCENT ROAD                   | OVERSEAS BRANCH CHENNAI
                                    | GROUND FLOOR SPENCER'S TOWER II,
R, CHENNAI-17                       | 770-A  ANNA SALAI CHENNAI 600002 INDIA
 ,TAMIL NADU -600017                | CHENNAI, TAMIL NADU -600002
                                                                30-01-2008
```

## FOREIGN BILLS TRANSACTION ADVICE

```
o.  FITT-165-2008              Operation : Realisation
ction Id : SCO561394            Transaction Date : 30-01-2008
                                VALUE DATE : 29-01-2008

er Details:            ROLSTON
ty Conversion Details are as below :
```

| From Currency / Amount | Rate | To Currency / Amount |
|---|---|---|
| se : USD  502000.00 | 39.3550 | INR  19677500.00 |

ction Details are as below :

| t | Account Number | Transaction Currency | Amount | Cr/Dr | |
|---|---|---|---|---|---|
| ation | Office Acct | INR | 19677500.00 | Dr | |
| ive | EWGA000000471 | INR | 19677500.00 | Cr | 39.3550 |
| sion | Office Acct | INR | 125.00 | Cr | |
| arge | Office Acct | INR | 15.00 | Cr | |
| ive | EWGA000000471 | INR | 140.00 | Dr | |

## CANARA BANK

To,
GOODEARTH MARITIME LTD
32-D NORTH CRESCENT ROAD
T NAGAR, CHENNAI-17
CHENNAI, TAMIL NADU -600017
INDIA

CANARA BANK
OVERSEAS BRANCH CHENNAI
GROUND FLOOR SPENCER'S TOWER II,
770/A ANNA SALAI CHENNAI 600002 INDIA
CHENNAI, TAMIL NADU -600002

06-02-2008

### FOREIGN BILLS TRANSACTION ADVICE

Bill No. PITY-214-2008                      Operation : Realisation
Transaction Id : 510062572                  Transaction Date : 06-02-2008
                                            VALUE DATE :

**Remitter Details:** ROLSTON ENTERPRISES LTD
**Currency Conversion Details are as below :**

| Transaction | From Currency / Amount | Rate | To Currency / Amount |
|---|---|---|---|
| Purchase | USD 620000.00 | 39.5700 | INR 24533400.00 |

**Transaction Details are as below :**

| Account Type | Account Number | Transaction Currency | Transaction Amount | Dr/Cr |
|---|---|---|---|---|
| Realisation Office Acct | EWGA000000471 | INR | 24533400.00 | Dr |
| Operative Office Acct | EWGA000000471 | INR | 24533400.00 | Cr |
| Commission Office Acct | | INR | 125.00 | Cr |
| P&T Charge Office Acct | | INR | 15.00 | Cr |
| Operative | EWGA000000471 | INR | 140.00 | Dr |

                                                                    39.5700

| To: | |
|---|---|
| GOODEARTH MARITIME LTD | CANARA BANK |
| 32-D NORTH CRESCENT ROAD | OVERSEAS BRANCH CHENNAI |
| T NAGAR, CHENNAI-17 | GROUND FLOOR SPENCER'S TOWER II, |
| CHENNAI, TAMIL NADU -600017 | 770-A ANNA SALAI CHENNAI 600002 INDIA |
| INDIA | CHENNAI, TAMIL NADU -600002 |
| | 19-02-2008 |

## FOREIGN BILLS TRANSACTION ADVICE

Bill No. PITT-272-2008  
Transaction Id : SC0564394

Operation : Realisation  
Transaction Date : 18-02-2008  
VALUE DATE : 19-02-2008

Remitter Details: ROLSTON ENTERPRISES LTD  
Currency Conversion Details are as below :

| Transaction | From Currency / Amount | Rate | To Currency / Amount |
|---|---|---|---|
| Purchase : | USD  985000.00 | 39.6350 | INR  39040475.00 |

Transaction Details are as below :

| Account Type | Account Number | Transaction Currency | Transaction Amount | Cr/Dr |
|---|---|---|---|---|
| Realisation Office Acct | EWGAD00000471 | INR | 39040475.00 | Dr |
| Operative | EWGAD00000471 | INR | 39040475.00 | Cr |
| Commission Office Acct | | INR | 125.00 | Cr |
| P&T Charge Office Acct | | INR | 15.00 | Cr |
| Operative | EWGAD00000471 | INR | 140.00 | Dr |