*Judge Berman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GOODEARTH MARITIME LTD.,

    Plaintiff,

- against -

CALDER SEACARRIER CORP.,
a.k.a. CALDER SEA CARRIER CORP., and
ROLSTON ENTERPRISES LTD.,

    Defendants.
------------------------------------------------------------X

08 CV 2028

08 CV ____
ECF CASE



FEB 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED
### PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: February 29, 2008
New York, NY

          The Plaintiff,
          GOODEARTH MARITIME LTD.,

          By: _____
          Lauren C. Davies (LD 1980)
          TISDALE LAW OFFICES, LLC
          11 West 42nd Street, Suite 900
          New York, NY 10036
          (212) 354-0025 (Phone)
          (212) 869-0067 (Fax)
          ldavies@tisdale-law.com