UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GOODEARTH MARITIME LTD.,                      :

      Plaintiff,                                      :          08 CV 2028 (RMB)
                                                             ECF CASE

    - against -                                        :

CALDER SEACARRIER CORP.,                      :
a.k.a. CALDER SEA CARRIER CORP.,
ROLSTON ENTERPRISES LTD., and                 :
FENBY COMPANY LIMITED a.k.a. FENBY
CO. LTD.,                                      :

      Defendants.                                    :
----------------------------------------------------------------X

**<u>AMENDED AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT</u>**

State of Connecticut  )
                          )   ss: SOUTHPORT
County of Fairfield   )

     Lauren C. Davies, being duly sworn, deposes and says:

     1.    I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

     2.    I have attempted to locate the Defendants, CALDER SEACARRIER CORP. a/k/a CALDER SEA CARRIER CORP., ROLSTON ENTERPRISES LTD. and FENBY COMPANY LIMITED a.k.a. FENBY CO. LTD., within this District. As part of my investigation to locate the Defendants within this District, I checked the telephone company information directory, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did not find any listing for the Defendants. Finally, I checked the New York State

Department of Corporations' online database, which showed no listing or registration for these Defendants.

3. I submit that the Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank and/or Wachovia Bank N.A.

5. This is Plaintiff's first request for this relief made to any Court.

**WHEREFORE**, the Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendants tangible and intangible property within this District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank and/or Wachovia Bank N.A.

Dated: March 14, 2008
       Southport, CT

_____
Lauren C. Davies

Sworn and subscribed to before me
this 14th day of March 2008.

_____
Notary Public