

**MEMO ENDORSED**

June 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/08

*By Hand*
The Honorable Richard M. Berman
United States District Court
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re: **Goodearth Maritime Ltd. v. Calder Seacarrier Corp., et. al.**
08 CV 2028 (RMB) // TLO File: 08-1841

Dear Honorable Sir:

We are attorneys for the Plaintiff, Goodearth Maritime Ltd., in the above captioned matter. Pursuant to your Honor's request, we report herewith on the status of the matter.

On March 18, 2008 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared. Moreover, despite daily service of the Writ of Attachment on the garnishee banks, no assets have been restrained.

We respectfully request an additional 90-days to serve the Writ of Attachment to secure Plaintiff's claim and obtain jurisdiction over the Defendant. Subsequently, we will then file another status letter, as discussed with June 4 with Miss McKenna. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

Lauren C. Davies

*Final 90 day extension granted (i.e. to 9/12/08)*

SO ORDERED:
Date: 6/10/08   Richard M. Berman
Richard M. Berman, U.S.D.J.