```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
GOODEARTH MARITIME LTD.,                        08 CV 2028 (RMB)


                        Plaintiff,
                                                RULE 7.1 STATEMENT
        -against-


CALDER SEACARRIER CORP., a.k.a. CALDER
SEA CARRIER CORP., ROLSTON ENTERPRISES
LTD., and FENBY COMPANY LIMITED a.k.a.
FENBY CO. LTD.,


                        Defendants.
------------------------------------------X
```

GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant FENBY COMPANY LIMITED a.k.a. FENBY CO. LTD., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of FENBY COMPANY LIMITED a.k.a.FENBY CO. LTD.

Dated:  New York, N.Y.
        June 26, 2008

_____
GARTH S. WOLFSON (GW 7700)

1