11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
212-354-0025
Fax: (212) 869-0067
LCD@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
Fax: (203) 254-1641

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

July 1, 2008


RECEIVED
JUL 01 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**By Facsimile (212) 805-6717**
The Honorable Richard M. Berman
United States District Court
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re:   Goodearth Maritime Ltd. v. Calder Seacarrier Corp., et. al.
      08 CV 2028 (RMB) // TLO File: 08-1841

**MEMO ENDORSED**

Dear Honorable Sir:

We are attorneys for the Plaintiff, Goodearth Maritime Ltd., in the above captioned matter. We write with the consent of opposing counsel, Mr. Garth Wolfson, to request an extension of time to submit our opposition to Fenby Company Limited's ("Fenby") recent motion to vacate maritime attachment by order to show cause.

Provided that same is agreeable to this Court, opposing counsel and the undersigned have agreed that Plaintiff's opposition papers will be submitted on July 8, 2008 and Fenby's reply will be submitted on July 11, 2008. Fenby's consent is conditioned upon the hearing date remaining on July 15, 2008 at 10:15a.m. as ordered by Your Honor. Plaintiff has no objection to the hearing date remaining as ordered on July 15, 2008.

We thank your Honor for your indulgence in this request.

Respectfully submitted,

*[signature]*
Lauren C. Davies

Application granted.

SO ORDERED:
Date: 7/1/08

*[signature]*
Richard M. Berman, U.S.D.J.

CC:   *Via Facsimile (212) 385-1605*
      Attorneys for Defendant
      Fenby Company Limited
      Garth S. Wolfson, Esq.
      Mahoney & Keane, LLP

07/01/08   TUE 12:21   [TX/RX NO 8512]