```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
GOODEARTH MARITIME LTD.,                        08 CV 2028 (RMB)

                    Plaintiff,
                                                NOTICE OF RESTRICTED
         -against-                                  APPEARANCE


CALDER SEACARRIER CORP., a.k.a. CALDER
SEA CARRIER CORP., ROLSTON ENTERPRISES
LTD., and FENBY COMPANY LIMITED a.k.a.
FENBY CO. LTD.,


                    Defendants.
------------------------------------------X
```

PLEASE TAKE NOTICE, that, pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, defendant FENBY COMPANY LIMITED a.k.a. FENBY CO. LTD. hereby appears in the above action, and that the undersigned has been retained as Attorneys for said Defendant and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, N.Y.
       July 9, 2008

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Defendant
                                    FENBY COMPANY LIMITED
                                    a.k.a. FENBY CO. LTD.

                              By:   _____
                                    Garth S. Wolfson (GW 7700)
                                    11 Hanover Square 10th Floor
                                    New York, N.Y. 10005
                                    (212) 385-1422
                                    File # 12/3605/B/