```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   08 CV 2028 (RMB)
GOODEARTH MARITIME LTD.,
                                            ANSWER TO PLAINTIFF'S
                                            SECOND AMENDED
                                            COMPLAINT WITH
                     Plaintiff,             AFFIRMATIVE DEFENSES


           -against-


CALDER SEACARRIER CORP., a.k.a. CALDER
SEA CARRIER CORP., ROLSTON ENTERPRISES
LTD., and FENBY COMPANY LIMITED a.k.a.
FENBY CO. LTD.,


                     Defendants.
----------------------------------------X
```

Defendant FENBY COMPANY LIMITED a.k.a. FENBY CO. LTD. (answering defendant), by its attorneys MAHONEY & KEANE, LLP, answers, under restricted appearance pursuant to Rule E(8) of the Supplemental Rules, the Second Amended Verified Complaint of plaintiff, upon information and belief, as follows:

FIRST: Answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "1", "2", "3", "4", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "21", "22, "23", "24", "25" "26", "28", "29" and "30", of plaintiff's Second Amended Second Amended Verified Complaint.

SECOND: Answering defendant admits the allegations contained

in paragraph "5" of plaintiff's Second Amended Verified Complaint.

THIRD: Answering defendant denies each and every allegation contained in paragraphs "19", "20", "27", "31", "32", "33", "34", "35", "36", "37", "38", "39" "40", "41" and "42" of plaintiff's Second Amended Second Amended Verified Complaint.

<u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

FOURTH: The Second Amended Second Amended Verified Complaint fails to state a claim against defendant on which relief can be granted.

<u>AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

FIFTH: Defendant is not liable to plaintiff on the causes of action alleged in the Second Amended Verified Complaint.

<u>AS AND FOR A THIRD SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

SIXTH: The Second Amended Verified Complaint should be dismissed for plaintiff's failure to plead facts with particularity and/or establish reasonable grounds sufficient to sustain the Rule B attachment based on answering defendant's alleged "alter-ego" status.

<u>AS AND FOR A FOURTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

SEVENTH: Answering defendant never entered into any contract with plaintiff.

### AS AND FOR A FIFTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

EIGHTH: Plaintiff's cause of action should be dismissed for lack of subject matter jurisdiction.

### AS AND FOR A SIXTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

NINTH: Plaintiff's claim is barred by the statute of limitations and/or the doctrine of laches.

### AS AND FOR A SEVENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

TENTH: Any losses or damages sustained by plaintiff, as alleged in the Complaint, were proximately, directly, and solely caused by the negligent acts of third persons over whom answering defendant had and has no direction or control.

### AS AND FOR AN EIGHTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

ELEVENTH: Plaintiff herein has failed to mitigate its damages.

### AS AND FOR A NINTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

TWELFTH: The forum is inconvenient and the Second Amended Verified Complaint should be dismissed pursuant to the doctrine of forum non conveniens.

### AS AND FOR A TENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

THIRTEENTH: The action, or part thereof, is founded upon improper venue and/or should be transferred pursuant to 28 U.S.C. § 1404.

<u>AS AND FOR AN ELEVENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

FOURTEENTH: The terms of the contracts alleged, but not conceded, to apply require that this matter be heard in a forum other than this Court.

<u>AS AND FOR A TWELFTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

FIFTEENTH: The attachment should be vacated as intended only to harass.

<u>AS AND FOR A THIRTEENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

SIXTEENTH: The attachment should be vacated, since plaintiff has not established that it has a maritime claim against defendant.

<u>AS AND FOR A FOURTEENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

SEVENTEENTH: The attachment should be vacated, since plaintiff's claims have already been adequately secured.

<u>AS AND FOR A FIFTEENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

EIGHTEENTH: This Answer is made pursuant to Supplemental Rule E(8), without waiver of any jurisdictional defenses, including those regarding lack of personal jurisdiction and improper service of process.

<u>AS AND FOR A SIXTEENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>

NINETEENTH: The attachment should be vacated, since Defendant is "found" within this district.

### AS AND FOR A SEVENTEENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

TWENTIETH:   The claims for which security is sought are unaccrued, premature and/or not ripe for adjudication and should result in the vacatur of any attachment of answering defendant's property.

### AS AND FOR AN EIGHTEENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

TWENTY-FIRST:   The attachment should be vacated, because answering defendant is subject to personal jurisdiction in a jurisdiction convenient to plaintiff.

### AS AND FOR A NINETEENTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

TWENTY-SECOND:   The attachment should be vacated, because both plaintiff and answering defendant are present in another jurisdiction.

### AS AND FOR A TWENTIETH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

TWENTY-THIRD:   Plaintiff's claims are contingent liabilities not meriting the allowance of the previously ordered Supplemental Admiralty Rule B attachment to secure same and should be vacated.

### AS AND FOR A TWENTY-FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

TWENTY-FOURTH: Plaintiff's claim should be dismissed on the basis of the statute of frauds.

### AS AND FOR A TWENTY-SECOND SEPARATE AND COMPLETE
### AFFIRMATIVE DEFENSE

TWENTY-FIFTH: Plaintiff has failed to join indispensable parties to the action.

### AS AND FOR A TWENTY-THIRD SEPARATE AND COMPLETE
### AFFIRMATIVE DEFENSE

TWENTY SIXTH: Plaintiff's claims are vague and non-justiciable.

### AS AND FOR A TWENTY-FOURTH SEPARATE AND COMPLETE
### AFFIRMATIVE DEFENSE

TWENTY-SEVENTH: This Answer is made without waiver of any rights to arbitrate or proceed in another forum that may exist between the parties.

### AS AND FOR A TWENTY-FIFTH SEPARATE AND COMPLETE
### AFFIRMATIVE DEFENSE

TWENTY-EIGHTH: In accordance with the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime claims E(7), defendant seek to reserve the right to counter-security from plaintiff.

WHEREFORE, answering defendant, FENBY COMPANY LIMITED a.k.a. FENBY CO. LTD., demands judgment dismissing the Second Amended Verified Complaint herein and awarding to answering defendant costs, fees, including reasonable attorneys' fees, and

disbursements of this action, and further demands that this Court's <u>Ex Parte</u> Order for Process of Maritime Attachment be vacated, and that answering defendant be granted such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
       August 15, 2008

                            Respectfully submitted,

                            MAHONEY & KEANE, LLP
                            Attorneys for defendant
                            FENBY COMPANY LIMITED a.k.a. FENBY
                            CO. LTD.

                  By: _____
                            Garth S. Wolfson, (GW 7700)
                            76 Beaver Street
                            New York, NY 10005
                            (212) 385-1422